# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| HANI A. HAMAD, on behalf of plaintiff and the classes defined herein,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC; and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, Defendants. | Case No.: 08-CV-2188<br><br>Judge Kocoras<br><br>Magistrate Judge Brown |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

| |
|---|
| NAME: David M. Schultz |
| SIGNATURE: s/ *David M. Schultz* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

6312468v1 888145

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 28, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael James Aschenbrener
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

                                          HINSHAW & CULBERTSON LLP

| David M. Schultz (6197596) | s/ *David M. Schultz* |
|---|---|
| HINSHAW & CULBERTSON LLP | David M. Schultz |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| dschultz@hinshawlaw.com | |

6312468v1 888145