AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HANI A. HAMAD, on behalf of plaintiff and
the classes described herein,
                Plaintiff,

V.

PINNACLE CREDIT SERVICES, LLC and DATA SEARCH
N.Y., INC., d/b/a TRAK AMERICA, LLC and TRAK
AMERICA,
                Defendants.

CASE NUMBER: 08CV2188
               JUDGE KOCORAS
ASSIGNED JUDGE: MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ Nadine Girley*
(By) DEPUTY CLERK

April 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE APRIL 22, 2008 |
| NAME OF SERVER (PRINT) JONATHAN KAHN | TITLE LEAD PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, LLC 6851 JERICHO T'PK SUITE 190 SYOSSET, NY 11791
COPIES LEFT WITH CARL HERN* MANAGER ON APRIL 22, 2008 AT 1:01 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): * MALE, WHITE, STUD EARRING IN LEFT EAR
AGE: APROX 40
5'8" 160 LBS
SHORT BROWN HAIR

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | $75.00 | $75.00 |

**DECLARATION OF SERVER**

STATE OF NEW YORK
COUNTY OF SUFFOLK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 22, 2008
Date

Signature of Server

JONATHAN KAHN
924 HAWKINS AVE.
LAKE GROVE NY 11755
Address of Server

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22ND DAY OF APRIL, 2008

ELIZABETH MEYER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01ME6016846
SUFFOLK COUNTY
My Commission Expires
November 30, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.