# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| HANI A. HAMAD, on behalf of plaintiff and the classes defined herein,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC; and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, Defendants. | Case No.: 08-CV-2188<br><br>Judge Kocoras<br><br>Magistrate Judge Brown |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

| | |
|---|---|
| NAME:  Todd P. Stelter | |
| SIGNATURE:  s/ *Todd P. Stelter* | |
| FIRM:  HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278521 | TELEPHONE NUMBER<br>312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 28, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael James Aschenbrener
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

                                          HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Todd P. Stelter (6278521) | s/ *Todd P. Stelter* |
| HINSHAW & CULBERTSON LLP | Todd P. Stelter |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| tstelter@hinshawlaw.com | |

6312489v1 888145