## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HANI A. HAMAD, | ) | |
| on behalf of plaintiff and the classes | ) | Filed: |
| described herein, | ) | |
| | ) | Case No.: 08 CV 2188 NF |
| Plaintiff, | ) | |
| | ) | Judge Kocoras |
| vs. | ) | Magistrate Judge Brown |
| | ) | |
| PINNACLE CREDIT SERVICES, | ) | |
| LLC and | ) | |
| DATA SEARCH N.Y., INC. | ) | |
| d/b/a TRAK AMERICA, LLC | ) | |
| and TRAK AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT OF
## PINNACLE CREDIT SERVICES, LLC

Defendant Pinnacle Credit Services, LLC respectfully submits the following disclosure statement in accordance with Fed. R. Civ. P. 7.1 and N.D. Ill. LR 3.2:

Pinnacle Credit Services, LLC is a limited liability company whose parent company and sole member is Recovery Holdings, LLC.  Pinnacle Credit Services, LLC is not publicly traded and no publicly traded company owns more than 10% of the shares of Pinnacle Credit Services, LLC.

Dated: May 13, 2008

Respectfully submitted,

/s/      Thomas E. Dutton
Thomas E. Dutton
Matthew S. Gray
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601-1732
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
**Attorneys for Pinnacle Credit Services, LLC**

## CERTIFICATE OF SERVICE

I, Matthew S. Gray, do hereby certify that on May 13, 2008, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record on the attached Service List.

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)


/s/    Matthew S. Gray
Thomas E. Dutton
Matthew S. Gray
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601-1732
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
**Attorneys for Pinnacle Credit
Services, LLC**