**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Hani A. Hamad
                                         Plaintiff,

v.                                                               Case No.: 1:08–cv–02188
                                                                                  Honorable Charles P. Kocoras

Pinnacle Credit Services, LLC, et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:This case having been reassigned to Judge Guzman as related to 08 C 31, status hearing set for 7/30/2008 before Judge Kocoras is stricken.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.