# United States District Court
# Northern District of Illinois

In the Matter of

**HAMAD**

v.

**PINNACLE CREDIT SERVICES LLC, et al**

Case No. 08 C 2188

Designated Magistrate Judge
Geraldine Soat Brown

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to **08 C 31** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ronald A. Guzman

Dated: June 20, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ronald A. Guzman**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: JUN 2 3 2008

Finding of Relatedness (Rev. 9/99)